UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM S. SHAW,

        Plaintiff,

v.                                       Case No. 2:22-cv-105-JES-NPM

C.J. SCERBO,
JAMES IVERSON,
JIM FITZGERALD,
GILBERTO FREITAS,
MIGUEL OLIVENCIA, and
BRIAN HORNSBY,

        Defendants.

## ORDER

The court set a Rule 16 conference for May 17, 2022, and because plaintiff Shaw had failed to appear for a Rule 16 conference in a related matter just a couple of weeks ago, the court directed defense counsel Haskins to confirm by email and phone that Shaw had notice of the May 17 hearing. The court also expressly warned Shaw that failure to appear would expose him to sanctions. (Doc. 18).

Despite these instructions and a warning from the court, no one appeared for the May 17 conference – neither Shaw nor defense counsel. The court will try ***one last time*** to conduct a Rule 16 conference with the parties in the matter, set by separate notice on June 2, 2022, at 11:30AM. (Doc. 21).

Defense counsel is **DIRECTED** to confirm by email and phone that Shaw has received notice of the June 2 conference, and to **FILE A NOTICE OF COMPLIANCE** by May 27, 2022. The parties are **ORDERED** (for the third time) to confer and then jointly file a case management report by **May 27, 2022**.

Failure to appear in person for the Rule 16 conference on June 2 will expose the parties to sanctions up to and including a dismissal or default, as well as monetary sanctions to reimburse the other party for appearance-related expenses.

**ORDERED** on May 18, 2022.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE